

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLY NATI and COLVON COLLINS<br><br>    Plaintiffs,<br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JANE E. ARELLANO, District Director, Los Angeles Field Office, U.S. Citizenship and Immigration Services; ALEJANDRO MAYORKAS, Director, U.S. Citizenship and Immigration Services; JANET NAPOLITANO, Secretary, U.S. Department of Homeland Security; ERIC H. HOLDER, JR., U.S. Attorney General,<br><br>    Defendants. | Case No.: CV-11-654-R (JCx)<br><br>Agency Case No.:  A089 327 204 |

### ~~(PROPOSED)~~ ORDER

Pursuant to the Notice of Dismissal submitted by the Plaintiffs in this action, IT IS HEREBY ORDERED that the case be DISMISSED WITHOUT PREJUDICE.

Dated: March 15, 2011

_____
The Honorable Manuel L. Real
United States District Judge